IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 1:25-cr-370 (CRC) |
| v. | UNDER SEAL |
| ZUBAYAR AL-BAKOUSH | |
| Defendant. | |

## ORDER FOR LIMITED UNSEALING OF THE INDICTMENT FOR PURPOSES CONSISTENT WITH THE CRIME VICTIMS' RIGHTS ACT

Having considered the United States' Motion for Limited Unsealing of the Indictment for purposes consistent with the Crime Victims' Rights Act" (or "CVRA") 18 U.S.C. § 3771 *et seq.*, and for good cause stated therein, the Motion is hereby

GRANTED, and it is hereby

ORDERED that, in the above-captioned matter, pursuant to 18 U.S.C. § 3771 (the Crime victims' rights act, "CVRA"), and relevant portions of Federal Rule of Criminal Procedure 6(e)(4), the Indictment shall be unsealed for the limited purpose of permitting attorneys from the U.S. government to be able to: (a) notify the victims of the existence of the November 21, 2025 Indictment and the August 10, 2015 Criminal Complaint against the Defendant after the Defendant is in United States custody but before his initial court appearance; and (b) notify the victims about the Defendant's expected initial appearance in the United States District Court for the District of

Columbia.

It is FURTHER ORDERED that the November 21, 2025 Indictment (1:25-cr-370 (CRC)) and the August 10, 2015 Criminal Complaint (1:15-mj-512) against the Defendant, and the affidavit in support of that Criminal Complaint, will be automatically unsealed, without further Order of this Court, upon the United States filing a written Notification with the Court that the Defendant is in United States custody.

It is FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the Indictment until such Notification is filed by the government.

It is FURTHER ORDERED that, if no Notification has been filed by the government prior to the Defendant's initial appearance in Court, then the Indictment and Criminal Complaint, and the affidavit in support of that Criminal Complaint, shall be unsealed upon oral motion of the United States to this Court or to any Court where the defendant is first presented.

Date: February 5, 2026

CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE