AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ZUBAYAR AL-BAKOUSH<br><br>*Defendant* | Case: 1:25-cr-00370<br>Assigned To: Judge Cooper, Christopher R.<br>Assign Date: 11/21/2025<br>Description: INDICTMENT (B)<br>Related Case No. 14-cr-141 (CRC) and<br>17-cr-213 (CRC) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ZUBAYAR AL-BAKOUSH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2339A- Conspiracy to Provide Material Support and Resources to Terrorists Resulting in Death
18 U.S.C §§ 2339A and 2- Providing Material Support and Resources to Terrorists Resulting in Death, Aiding and Abetting and Causing an Act to be Done
18 U.S.C. §§ 1116 and 2- Murder of an Internationally Protected Person; Aiding and Abetting and Causing an Act to be Done
18 U.S.C §§ 2332(a)(1) and 2- Murder of a United States National Outside of the United States, Aiding and Abetting and Causing an Act to be Done
18 U.S.C. §§ 2332(b)(1) and 2- Attempted Murder of a United States National Outside of the United States; Aiding and Abetting and Causing an Act to be Done
18 U.S.C. §§ 81, 7(9), and 2- Arson and Placing Lives in Jeopardy Within the Special Maritime and Territorial Jurisdiction of the United States and Attempting to Do the Same; Aiding and Abetting and Causing an Act to be Done
18 U.S.C §§ 1363, 7(9), and 2- Maliciously Destroying and Injuring Property and Placing Lives in Jeopardy Within the Special Maritime and Territorial Jurisdiction of the UnitedStates and Attempting to Do the Same; Aiding and Abetting and Causing an Act to Be Done

Date:   11/21/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/21/25, and the person was arrested on *(date)* 2/6/26
at *(city and state)* Washington D.C.

Date: 2/6/26

*Arresting officer's signature*

Amandari  FEO
*Printed name and title*