UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crime No.:  25-cr-370 (CRC) |
| v. : | |
| ZUBAYAR AL-BAKOUSH, : | |
| Defendant. : | |

## MOTION TO WITHDRAW

Undersigned counsel respectfully seeks leave of the Court to withdraw as counsel of record in this case.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*John Crabb Jr.*
John Crabb Jr.
Assistant United States Attorney
N.Y. Bar No. 2367670
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-1794
john.d.crabb@usdoj.gov