UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 25-cr-00370-CRC |
| | : |
| ZUBAYAR AL-BAKOUSH, | : |
| | : |
| Defendant. | : |

## ORDER

Based upon the representations in the Defendant's Consent Motion to Vacate Detention Hearing and Joint Motion for a Status Hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**;

**ORDERED** that the currently scheduled detention hearing on February 11, 2026, is **VACATED**; it is further

**ORDERED** that the parties will appear before Magistrate Judge Matthew J. Sharbaugh for an arraignment on February 12, 2026, at 3:45 p.m.

The Court also notes that the parties will appear before Judge Christopher R. Cooper for a status hearing on February 12, 2026, at 4:30 p.m.; and it is further

**ORDERED** that the time between today, February 10, 2026, and February 12, 2026, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Date: February 10, 2026

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE