**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **1:25-cr-00370-CRC** |
| | **)** | |
| **ZUBAYAR AL-BAKOUSH,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**ZUBAYAR AL-BAKOUSH'S MOTION TO WAIVE APPEARANCE**

Zubayar Al-Bakoush, by counsel, and Pursuant to Fed. R. Crim. Pro. 43(b)(3), moves this Honorable Court to waive his appearance for the status hearing on July 9, 2026. Mr. Al-Bakoush understands his right to be present at the hearing, however, he has several medical issues that make the transport difficult. Additionally, Mr. Al-Bakoush was recently hospitalized for a cardiac incident and has a follow up appointment with a cardiologist for date in July. The exact date is undisclosed. Therefore, to avoid exacerbating his medical issues and a potential conflict with medical appointments, he asks this Honorable Court to waive his presence and allow counsel to proceed in his absence.

A Proposed Order is attached.

Respectfully submitted,
ZUBAYAR AL-BAKOUSH
by counsel


_____/s/_____
Jessica Carmichael, DC Bar 998952
Zachary Deubler, DC Bar 1615063
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, 1st Fl
Alexandria, Virginia 22314
703.684.7908 / Fax 649.6360
jessica@carmichaellegal.com
zach@carmichaellegal.com

Kyle R. Boynton, VA Bar 92123
K.R. BOYNTON, PLLC
108 N. Alfred Street, 1st Fl
Alexandria, Virginia 22314
571.274.6199
kyle@boynton.law

*Attorneys for Zubayar Al-Bakoush*

2